# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1662

_____

| | | |
|---|---|---|
| Kelly Ann Vanfossen, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Jay Saxton, Deputy Public Defender; | * | Western District of Arkansas. |
| Lisa Evans, Deputy Public Defender; | * | |
| Public Defender's Office, | * | [Unpublished] |
| | * | |
| Appellees. | * | |

_____

Submitted: September 24, 2004
Filed: October 5, 2004

_____

Before MURPHY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Kelly Ann Vanfossen appeals the district court's[1] dismissal of her 42 U.S.C. § 1983 claims against two state public defenders and the public defender's office. Vanfossen alleged that her public defenders had not effectively represented her

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

during state criminal proceedings. The district court dismissed Vanfossen's complaint after determining that her public defenders had not acted under color of state law. Having carefully reviewed the record and the applicable legal authority, we find no error in the district court's disposition of this matter. Accordingly, the judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

_____